AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT   [ ] INFORMATION   [ ] INDICTMENT
[ ] SUPERSEDING

### OFFENSE CHARGED

18 USC section 1029(a)(2) - Use of Unauthorized Access Device

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: Count 1: 10 years imprisonment, $250,000 fine, Restitution, 3 years supervised release, mandatory special assessment, deportation, forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### DEFENDANT - U.S

▶ IULIAN GUNICI

DISTRICT COURT NUMBER

4:26-mj-70376 MAG

**FILED**

Apr 02 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

DSS Special Agent Taylor Frechette

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY   [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Craig H. Missakian

[X] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Emily R. Dahlke

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [ ] If not detained give date any prior summons was served on above charges ▶ _____

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge

5) [ ] On another conviction
6) [ ] Awaiting trial on other charges
[ ] Federal   [ ] State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   [ ] Yes   [ ] No
If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS   [ ] NO PROCESS*   [X] WARRANT   Bail Amount: _____

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    4:26-mj-70376 MAG |
| Iulian Gunici | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 1, 2026 _____ in the county of _____ Alameda _____ in the
_____ Northern _____ District of _____ California _____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 USC Section 1029(a)(2) | Use of Unauthorized Access Device |

> **FILED**
>
> Apr 02 2026
>
> **Mark B. Busby**
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> OAKLAND

This criminal complaint is based on these facts:

Please see the attached affidavit of Special Agent Taylor Frechette, U.S Departmnet of State, Diplomatic Security Service

☑ Continued on the attached sheet.

_____
/s/ Taylor Frechette
_Complainant's signature_

Taylor Frechette, Special Agent, DSS
_Printed name and title_

Approved as to form _/s/ Emily R. Dahlke_
AUSA  Emily R. Dahlke

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    04/01/2026

_____
_Judge's signature_

City and state:    Oakland, California

Hon. Kandis A. Westmore US Magistrate Judge
_Printed name and title_

**<u>AFFIDAVIT OF SPECIAL AGENT TAYLOR FRECHETTE</u>**
**<u>IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Taylor Frechette, Special Agent with the U.S. Department of State, Diplomatic Security Service (DSS), being duly sworn, do declare and state the following:

**<u>INTRODUCTION</u>**

1.	This affidavit is made in support of a Criminal Complaint charging Iulian Gunici with a violation of Title 18, U.S. Code, Section 1029 (a)(2 (Fraud and Related Activity in Connection with Access Devices), in the Northern District of California on April 1, 2026.

2.	Because this Affidavit is submitted for the limited purpose of obtaining a criminal complaint and arrest warrant for **GUNICI**, I have not included each and every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to establish probable cause that the violations of the federal law identified above have occurred.

3.	I have based my statements in this affidavit on my training and experience, my personal knowledge of the facts and circumstances of this case obtained through my participation in this investigation, interviews with witnesses, information obtained from other law enforcement officers, information provided by reports prepared by other agents and law enforcement officers, information provided by records and databases, and my review of records relating to this investigation, all of which I believe to be reliable.  As the investigation continues, my understanding of the events described herein may change and evolve depending on additional information learned about the facts and circumstances.

4.	Where statements made by other individuals (including other law enforcement officers and witnesses) are referenced in this affidavit, such statements are described in sum and substance and in relevant part.  Similarly, where information contained in reports and other

1

documents or records are referenced in this affidavit, such information is also described in sum and substance and in relevant part.

**AFFIANT BACKGROUND**

5.        I am a Special Agent with the U.S. Department of State, Diplomatic Security Service ("DSS") assigned to the San Francisco Field Office and have been so employed since 2018.  My training included completing the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and the Basic Special Agent Course at the Diplomatic Security Training Center.  I am assigned as a Task Force Officer ("TFO") the San Francisco Field Office of the Federal Bureau of Investigation Transnational Organized Crime squad.  As a DSS Special Agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have participated in investigations of passport fraud, money laundering, conspiracy, theft, identity theft, and fraudulent documents. I have conducted and participated in physical and electronic surveillance and the execution of search warrants.  Through my training, education, and experience, I have become familiar with the way individuals impersonate and assume other identities and/or personas in order to commit fraud; forge, alter, and misrepresent documents to falsely present themselves; and conceal fruits of their crimes. Prior to my current position as a Special Agent with the DSS I served as an Intelligence Officer in the United States Army.

6.        While acting in my official capacity, I am authorized to investigate violations of the laws of the United States.  I have attended law enforcement trainings and have worked with other experienced fraud investigation and forensic analysis law enforcement personnel who investigate and/or participate in investigations of financial crimes, including conducting

surveillance, executing search warrants, and reviewing digital evidence containing numerous examples of offenses involving identity theft, money laundering, wire fraud, and access device fraud. I have participated in numerous criminal and national security investigations to include the execution of search and arrest warrants.

7. As a federal law enforcement agent, I am authorized to seek and obtain search warrants, arrest warrants, and investigate violations of federal laws, including Title 18, U.S. Code, Section 1029, Access Device Fraud.

## APPLICABLE LAW

8. Title 18, United States Code, Section 1029(a)(2) makes it illegal for a person to knowingly use or traffic in an unauthorized access device and, with the intent to defraud, obtain at any time during a one-year period anything of value worth $1,000 or more, or things of value, their value together totaling $1,000 or more, when that conduct affects in some way commerce between one state and another state, or between a state of the United States and a foreign country.

## FACTS ESTABLISHING PROBABLE CAUSE

### Overview of Illegal Skimming Activities Associated with Access Device Fraud

8. ATM and Point of Sale ("POS") skimming involves the placement of an electronic device that has the capabilities of reading and capturing the account information stored on a magnetic strip of a plastic bank card or debit card. In the case of a POS skimming, the skimming device is typically an overlay designed to replicate the appearance of the genuine POS terminal which is then covertly placed on top of a POS terminal at a retail establishment. In the case of ATM skimming, the skimming device, often referred to as a "deep-insert skimmer" is typically inserted inside of the ATM card acceptor slot utilizing a shim in such a fashion as to

3

make it undetectable to the ATM customer. In both cases, the skimming devices have internal memory to store the information on the victim card's magnetic strip when it is inserted into the ATM or inserted or swiped at the POS terminal.

9.      In the case of ATM skimming, a secondary device is typically used to capture the unsuspecting account holder's personal identification number (PIN) via a micro digital camera focused on the PIN pad of the ATM. These are referred to as "pinhole" cameras. The pinhole cameras are frequently placed inside concealments designed to mimic the signage or other casement materials around the ATM. The POS skimming overlays typically have the capability to capture both the magnetic stripe and the user's PIN in one device.

10.     After the skimming device(s) are installed, the suspect(s) later return to recover the devices, which at that point have recorded the full account information from the bank cards and the associated PINs used by the victims.  The skimming devices are then connected to a computer or mobile device to download the captured account information, PIN numbers and/or video of the PIN numbers.  The suspect(s) then utilize a card reader/writer device connected to a laptop computer or similar electronic device to encode the stolen account information onto the magnetic strip of other cards with magnetic strips. From my training and experience, I know that individuals engaged in skimming operations will often utilize gift cards or reloadable debit cards with no value as card stock but can be encoded so that when used, they will register as the stolen EBT or credit card. These reencoded cards are known as "clone cards." The PIN associated with a respective victim card is at times written on the plastic card or a sticker affixed to the plastic card so it  is ready to be used at any ATM to withdraw the victim's benefit funds. The withdrawal phase of a skimming operation is typically referred to as a "cash-out" when the criminals will use the clone cards encoded with the stolen data to withdraw funds.

4

11. ATM/POS skimming devices are often used more than once, and the criminals who use them often do so at multiple locations at a time. Prior to use, or when not in use, ATM/POS skimming equipment is stored in the location where the criminals are residing, or within their vehicles, or in storage units under their control.

12. I know from my training and experience that skimming schemes often target pre-paid public benefits cards issued by a bank on behalf of a state agency because these cards are sometimes issued without a security chip, making them easier to exploit than chip-protected debit cards. In California, these benefits are often referred to as Electronic Benefit Transfer (EBT) funds.

13. I know from my experience that California EBT funds are typically dispersed on the first, second, and third day of the month. The funds are made available to recipients beginning at 6:00 a.m. on each of these days. Because of this, illegal cash-out operations, like the activity  described in this affidavit, typically occur at ATMs in the early morning hours of the first day of the month. This is because the individuals who participate in EBT access device fraud want to withdraw the EBT funds before the victim accountholder has an opportunity to legitimately withdraw the EBT funds.

14. I know from my training and experience, my knowledge of this investigation, and in talking to law enforcement and reviewing records from California Department of Social Services (CA DSS), that certain ATMs in the East Bay, including but not limited to ATMs in Hayward, California have been targeted by individuals and organized criminal groups engaging in suspected EBT access device fraud and cash-out schemes. These ATM's have typically been targeted by illegal cash-out operation activity in the hours after 6:00 a.m. on the first days of the month. Each month, the CA DSS generates a report of suspected fraudulent EBT transactions.

## Background of GUNICI

15.    Iulian **GUNICI** is a Romanian National born October 21, 2002.  **GUNICI** was first encountered by U.S. Border Patrol on November 16, 2023 in Otay, Mesa California when he entered the United States without authority. He was issued a final order of removal from the United States on July 14, 2025.

16.    Review of **GUNICI's** criminal history shows that he was arrested on March 26, 2025 by Garden Grove Police Department for a violation of Penal Code section 530.5(A) – unlawful use of personal identifying information for any unlawful purpose. On December 12, 2025, he was arrested by Beverly Hills Police Department for violations of California Penal Code section 211 – robbery; California Penal Code section 182(A)(1) conspiracy to commit robbery; and California Vehicle Code section 4463(A)(1) – forging or altering vehicle registration.

## Background of Investigation into GUNICI

17.    Beginning in or around the Spring of 2025, a special agent with the USDA-OIG reviewed financial records as well as related surveillance footage from ATMS associated with various financial institutions in the Northern District of California, all as part of an investigation into organized suspected fraudulent EBT transactions. From November of 2024 through May of 2025, an individual later determined to be **GUNICI** successfully withdrew a total of $61,660 cash in EBT funds out of an attempted $95,260, utilizing a series of unique California EBT accounts.

18.    For example, on March 1, 2025, from 6:01 a.m. through 6:12 a.m., at a U.S. Bank ATM at 1585 E 14th Street, San Leandro a person later determined to be **GUNICI** withdrew a

6

total of $13,180 cash utilizing 12 unique EBT accounts. He attempted to withdraw $19,240.

The below surveillance depicts **GUNICI** conducting the withdrawals.



The below chart documents the withdrawals, including the amount **GUNICI** attempted to

withdraw, and the amount withdrawn.

| Transaction Date | EBT Card | Terminal Id | Req Amount | Comp Amount |
|---|---|---|---|---|
| 03/01/2025 06:01:26 | 5077190483781171 | SUS4W319 | $3,000.00 | $3,000.00 |
| 03/01/2025 06:02:32 | 5077190479741239 | SUS4W319 | $1,600.00 | $1,600.00 |
| 03/01/2025 06:03:26 | 5077190495565083 | SUS4W319 | $1,400.00 | $0.00 |
| 03/01/2025 06:04:04 | 5077190495565083 | SUS4W319 | $1,000.00 | $0.00 |
| 03/01/2025 06:04:48 | 5077190471520987 | SUS4W319 | $1,300.00 | $1,300.00 |
| 03/01/2025 06:05:48 | 5077190494792050 | SUS4W319 | $1,300.00 | $1,300.00 |
| 03/01/2025 06:06:44 | 5077190465318232 | SUS4W319 | $1,300.00 | $1,300.00 |
| 03/01/2025 06:07:37 | 5077190476626284 | SUS4W319 | $1,260.00 | $1,260.00 |
| 03/01/2025 06:08:39 | 5077190490935687 | SUS4W319 | $1,260.00 | $0.00 |
| 03/01/2025 06:09:30 | 5077190490935687 | SUS4W319 | $1,200.00 | $0.00 |
| 03/01/2025 06:10:13 | 5077190441924780 | SUS4W319 | $1,100.00 | $1,100.00 |
| 03/01/2025 06:11:06 | 5077190477370171 | SUS4W319 | $1,160.00 | $1,160.00 |
| 03/01/2025 06:11:59 | 5077190467556557 | SUS4W319 | $1,200.00 | $0.00 |
| 03/01/2025 06:12:42 | 5077190467746638 | SUS4W319 | $1,160.00 | $1,160.00 |
| | | | $19,240 | $13,180 |

7

19.    Additionally, on March 2, 2025, at the same U.S. Bank in San Leandro, **GUNICI** withdrew a total of $11,700 using 12 unique EBT accounts, out of an attempted withdrawal amount of $14,760.



| Transaction Date | EBT Card | Terminal Id | Req Amount | Comp Amount |
|---|---|---|---|---|
| 03/02/2025 06:17:43 | 5077190495588671 | SUS4W319 | $1,400.00 | $1,400.00 |
| 03/02/2025 06:18:40 | 5077190492026626 | SUS4W319 | $1,400.00 | $1,400.00 |
| 03/02/2025 06:19:33 | 5077190496550571 | SUS4W319 | $1,200.00 | $1,200.00 |
| 03/02/2025 06:20:27 | 5077190501519926 | SUS4W319 | $1,200.00 | $1,200.00 |
| 03/02/2025 06:21:32 | 5077190432562730 | SUS4W319 | $1,160.00 | $1,160.00 |
| 03/02/2025 06:22:25 | 5077190488886892 | SUS4W319 | $1,160.00 | $0.00 |
| 03/02/2025 06:22:50 | 5077190488886892 | SUS4W319 | $800.00 | $0.00 |
| 03/02/2025 06:23:27 | 5077190460510882 | SUS4W319 | $1,100.00 | $0.00 |
| 03/02/2025 06:24:08 | 5077190470738556 | SUS4W319 | $1,100.00 | $1,100.00 |
| 03/02/2025 06:25:00 | 5077190496983517 | SUS4W319 | $1,100.00 | $1,100.00 |
| 03/02/2025 06:25:50 | 5077190488306669 | SUS4W319 | $1,000.00 | $1,000.00 |
| 03/02/2025 06:26:40 | 5077190500804386 | SUS4W319 | $1,140.00 | $1,140.00 |
| 03/02/2025 06:27:34 | 5077190410190835 | SUS4W319 | $1,000.00 | $1,000.00 |
| | | | $14,760 | $11,700 |

8

20.     On April 1, 2026, law enforcement personnel from the Federal Bureau of Investigation (FBI), the US Department of Agriculture – Office of the Inspector General (USDA-OIG), and the US Department of State initiated a surveillance operation of banks known to be targeted by skimmers, including ATMs in Hayward, CA.  Concurrent with the physical surveillance, the USDA-OIG conducted real time monitoring of EBT transactions at the ATMs.

21.     At approximately 6:59 AM, an FBI agent observed a male, later identified as **GUNICI**, appearing to make multiple transactions at the Wells Fargo Bank ATM located at 1172 A Street in Hayward, CA.  During the time **GUNICI** was observed utilizing the ATM, his bank transaction activity was being monitored in real time by the USDA-OIG. USDA-OIG reported that between 06:58 AM and approximately 07:40 AM,  multiple suspected fraudulent EBT transactions were conducted at the ATM at the Wells Fargo.  Agents observed **GUNICI** utilize both the walk-up ATM and the drive through ATM.  While utilizing the drive through ATM, **GUNICI** was observed driving a light color Volkswagen SUV bearing California License 9KFC697, hereinafter referred to as the Volkswagen.

22.     Based on my training and experience, I know that individuals conducting legitimate transactions at ATMs do not typically use multiple ATM cards in rapid succession to conduct multiple transactions in a short period of time.

23.     After making multiple withdrawals from multiple ATMs at the Wells Fargo, agents and TFOs observed **GUNICI** travel, in the Volkswagen, to a U.S Bank Branch located at 805 B Street, in Hayward, California.  At this branch, agents observed GUNICI appearing to use the ATM for approximately 5 minutes.

24.     Agents and TFOs then observed **GUNICI** travel to another Wells Fargo Bank, this one located at 950 Southland Drive, Hayward, CA.  Agents observed him drive  into the

9

Wells Fargo drive-through lane in the Volkswagen and start using the drive-through ATM machine. Simultaneously, USDA-OIG reported multiple suspected fraudulent EBT transactions at that location. At this point, Agents took **GUNICI** into custody, at approximately 0805 am. When he was arrested, **GUNICI** was sitting in the driver's seat of Volkswagen in the drive through of the Wells Fargo ATM. He was the sole occupant of the Volkswagen.

25.     Subsequent to his arrest, **GUNICI** provided his name to Agents as "Julian **GUNICI**". He provided consent to search the Volkswagen.

26.     While searching the Volkswagen SUV, Agents seized the following items:

   a.  Two cell phones;

   b.  100 suspected clone cards, some depicted below;



   c.  Wells Fargo receipts, including records of two transactions of $1,000 dated April 1, 2026;

   d.  3 suspected skimming devices and 3 suspected shims (a tool utilized in the installation of credit card skimmers) depicted below;

10



e.   $16,350 in US currency, predominantly in $100, $50 and $20 denominations,

located in the center console of the Volkswagen, depicted below.



###### f.   Other Relevant Surveillance Observations

27.     During the search of the Volkswagen, approximately 100 cards with magnetic strips were seized from **GUNICI's** vehicle.  Based on my training and experience, I know these cards are commonly used to encode skimmed or otherwise stolen victim information to use in cash out type operations.  Information provided by USDA-OIG shows that between 06:58 AM and 07:34 AM, multiple EBT accounts were rapidly accessed from two ATMs located at Wells Fargo located at 1172 A Street, Hayward, CA.  One ATM is a walk-up ATM accessed on foot, the other ATM is in the vehicle drive-through.   Between two separate ATMs, **GUNICI** accessed more than 40 unique EBT accounts in order to attempt to withdraw cash.   **GUNICI** attempted to withdraw approximately $14,000 cash.

28.     Subsequent to his arrest, two separate Wells Fargo receipts were recovered from the Volkswagen.  The first receipt shows a withdrawal taking place on April 1, 2026 at approximately 0704am at the Wells Fargo located at 1172 A Street, Hayward, CA.  The EBT account number accessed is XXX0368.  The amount withdrawn shown is $1,000.

29.    The second receipt shows a withdrawn taking place on April 1, 2026 at approximately 0727 am at the Wells Fargo located at 1172 A Street, Hayward, CA.  The EBT number accessed is XXX9476.  The amount withdrawn shown is $1,000.

30.    Based on the foregoing,  probable cause exists to believe that on or about June 3, 2025, in the Northern District of California, Iulian **GUNUCI** was engaged in the unauthorized use of access devices to fraudulent obtain something of value in excess of $1,000 in a one year period, all in a way that affected interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

31.    Accordingly, I respectfully request that the complaint and a warrant for the arrest of Iulian **GUNICI** be issued.

Respectfully Submitted,

/s/

_____
Taylor C. Frechette
Special Agent
Diplomatic Security Service

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 1st day of April 2026.

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

13